PAUL A. WARNER (SBN 112168)
1624 Santa Clara Drive
Suite 220
Roseville, CA 95661
Telephone: (916) 996-3100
Facsimile: (916) 789-7557

Attorney for Abe Alizadeh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abe Alizadeh<br><br>        Plaintiffs,<br>v.<br><br>MUFG Union Bank N.A.,<br>UNITED STATES OF AMERICA,<br>et al.,<br><br>        Defendants. | Case No.   2:22-at-00843<br><br>**DECLARATION OF ABE ALIZADEH IN SUPPORT OF MOTION FOR AN ORDER TO QUASH SERVICE OF SUMMONS** |

I, Abe Alizadeh, declare that:

    1.    I am an adult resident of Placer County. Except where stated on information and belief, I have personal knowledge of the following facts, and could, and would, competently testify thereto if called as a witness.

    2.    Michael M Alizadeh has no interest in any of my accounts.

    3.    None of my accounts include anything belonging to Michael M Alizadeh.

DECLARATION OF ABE ALIZADEH IN SUPPORT OF MOTION FOR AN ORDER TO QUASH SERVICE OF SUMMONS

- 1

4. Nothing in any of my accounts benefits Michael M Alizadeh.

5. My account contains private and confidential transactions not related to Michael M Alizadeh.

I declare under penalty of perjury under the laws of the State of California and the United States, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: 8-10-22

_____
Abe Alizadeh

DECLARATION OF ABE ALIZADEH IN SUPPORT OF MOTION FOR AN ORDER TO QUASH SERVICE OF SUMMONS

- 2