PAUL A. WARNER (SBN 112168)
1624 Santa Clara Drive
Suite 220
Roseville, CA 95661
Telephone: (916) 996-3100
Facsimile: (916) 789-7557

Attorney for Kobra Alizadeh, Abe Alizadeh,
Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh,
Sharyl Kranig

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh, Sharyl Kranig,<br><br>Plaintiffs,<br>v.<br><br>MUFG Union Bank N.A., UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:22-at-00843<br><br>**DECLARATION OF PAUL WARNER IN SUPPORT OF MOTION FOR AN ORDER TO QUASH SERVICE OF SUMMONS** |

I, Paul A. Warner, declare that:

1. I am an adult resident of El Dorado County, and am an attorney licensed to practice in the State of California and before this court. Except where stated on information and

DECLARATION OF PAUL WARNER IN SUPPORT OF MOTION FOR AN ORDER TO QUASH SERVICE OF SUMMONS

- 1

belief, I have personal knowledge of the following facts, and could, and would, competently testify thereto if called as a witness.

2. On August 1, 2022, I telephoned the legal process department at Union, and was informed that an extension had been requested and granted until August 15, 2022 for the production of records.

3. On August 4, 2022, I sent a letter to Union and IRS objecting to the summons and production.

4. Thereafter I telephoned Union and was informed by Jesse in the legal process department that the matter had been referred to its legal counsel to evaluate the IRS claim that Plaintiffs had no right to object and should not have been notified by Union, in accordance with St. Paul v USA, 996 F.2d 1227 (9th Cir. 1993) – an unpublished opinion.

5. On August 9, 2022, I telephoned Union and was informed that Union intended to comply with the production on August 15, 2022.

6. Thereafter, I telephoned and left a message with Agent Barbearo requesting an extension of time for the production.

I declare under penalty of perjury under the laws of the State of California and the United States, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: 10Aug22

Paul A. Warner

DECLARATION OF PAUL WARNER IN SUPPORT OF MOTION FOR AN ORDER TO QUASH SERVICE OF SUMMONS

- 2