|   |   |
|---|---|
| Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh. Sharyl Kranig<br><br>        Plaintiffs,<br>    v.<br><br>MUFG Union Bank N.A.,<br>UNITED STATES OF AMERICA,<br>et al.,<br><br>        Defendants. | Case No. 2:22-at-00843<br><br>***PROPOSED* ORDER TO QUASH SERVICE OF SUMMONS**<br><br>Assigned to Judge:<br><br>Assigned to Magistrate:<br><br>Date:<br>Time:<br>Courtroom: |

The Court, having considered Motion and supporting declarations submitted by the parties, issues the following order: on the ex parte application, as follows:

   The Motion to Quash is _____.

The Service of Summons issued to MFUG Union Bank for the records of Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh, and Sharyl Kranigare hereby quashed, and any records produced thereby cannot be reviewed or accessed by the issuing party.

   IT IS SO ORDERED.


   Dated:                                                      _____
                                                               Hon. Allison Claire
                                                               Magistrate

ORDER RE MOTION FOR AN ORDER TO QUASH SERVICE OF SUMMONS
- 1