PAUL A. WARNER (SBN 112168)
1624 Santa Clara Drive
Suite 220
Roseville, CA 95661
Telephone: (916) 996-3100
Facsimile: (916) 789-7557

Attorney for Kobra Alizadeh, Abe Alizadeh,
Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh,
Sharyl Kranig

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh. Sharyl Kranig<br><br>Plaintiffs,<br>v.<br><br>MUFG Union Bank N.A., UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:22-mc-00248-KJM-KJN<br><br>**NOTICE OF MOTION FOR AN ORDER TO QUASH SERVICE OF SUMMONS**<br><br>Assigned to Judge: Kimberly J. Mueller<br><br>Assigned to Magistrate: Kendall J. Newman<br><br>Date: September 20, 2022<br>Time: 9:00am<br>Courtroom: 25th, 8th Floor |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that on **September 20, 2022** at **9:00am**, or as soon thereafter as the matter may be heard, **in Courtroom No.25, 8th Floor** of the above-entitled Court, located at 501

NOTICE OF MOTION FOR AN ORDER TO QUASH SERVICE OF SUMMONS RE PARVA PROPERTY
MANAGEMENT LLC and PARVANEH ALIZADEH
- 1 -

I Street, Sacramento, CA 95814, Plaintiffs Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh, and Sharyl Kranig will, and hereby move the Court for an Order to the Defendants to quash the summons issued to produce records and things pertaining to Plaintiffs and to preclude the issuing party from reviewing or accessing any records produced thereby.

This Motion is based on the attached documents and exhibits, including Memorandum of Points and Authorities in Support of Motion, the Declarations of Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh, and Sharyl Kranig filed and served herewith, on all papers filed and records in this action, and on any evidence received at the hearing.

Dated: 11 Aug 22

_____
Paul A. Warner Attorney for Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh, Sharyl Kranig