PAUL A. WARNER (SBN 112168)
1624 Santa Clara Drive
Suite 220
Roseville, CA 95661
Telephone: (916) 996-3100
Facsimile: (916) 789-7557

Attorney for Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh, Sharyl Kranig

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh. Sharyl Kranig<br><br>Plaintiffs,<br>v.<br><br>MUFG Union Bank N.A., UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:22-mc-0248-KJM-KJN<br><br>**PROOF OF SERVICE OF NOTICE, MOTION, DECLARATION IN SUPPORT OF MOTION FOR ORDER TO QUASH SERVICE OF SUMMONS and PROPOSED ORDER**<br><br>Assigned to Judge: Kimberly J. Mueller<br><br>Assigned to Magistrate: Kendall J. Newman<br><br>Date: September 20, 2022<br>Time: 9:00am<br>Courtroom: 25th, 8th Floor |

Case Name: Kobra Alizadeh, et al. vs MUFG Union Bank, et al.

Court: United States District Court, Eastern District of California

Case No.: 2:22-at-00843

I am a citizen of the United States, employed in the City of Roseville and County of Placer, California. My business address is 1624 Santa Clara Drive, Suite 220, Roseville, CA, 95661. I am over the age of 18 years and not a party to the above-entitled action.

On August 15, 2022 , I served the following:

1. Notice of Motion for an Order to Quash Service of Summons
2. Memorandum of Points and Authorities in Support of Motion for an Order to Quash Service of Summons
3. Declaration of Kobra Alizadeh in Support of Motion for an Order to Quash Service of Summons
4. Declaration of Abe Alizadeh in Support of Motion for an Order to Quash Service of Summons
5. Declaration of Parvaneh Alizadeh in Support of Motion for an Order to Quash Service of Summons
6. Declaration of Mitra Alizadeh in Support of Motion for an Order to Quash Service of Summons
7. Declaration of Azita Alizadeh in Support of Motion for an Order to Quash Service of Summons
8. Declaration of Sharyl Kranig in Support of Motion for an Order to Quash Service of Summons
9. Declaration of Paul Warner Alizadeh in Support of Motion for an Order to Quash Service of Summons
10. Proposed Order

☒ BY PERSONAL SERVICE I caused such envelope(s) to be delivered by hand to the addressee(s) listed below.

☐ BY MAIL on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail. I am familiar with the ordinary business practices of the Law Offices of Paul A. Warner for collection and processing of outgoing mail with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices and in such manner as to cause it to be deposited with the United States Postal Service that same day in the ordinary course of business, addressed as indicated below.

☐ BY FACSIMILE transmission to the facsimile machine maintained by the addressee(s) below named on whom it is served at the facsimile telephone number as last given by that person with consent for service as indicated below with confirmation of receipt either by facsimile report or via phone with the office of the addressee(s).

☐ BY NOTICE OF ELECTRONIC FILING Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CMIECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☐ BY EMAIL sent electronically to all email addresses on the Proof of Service list.

Addressed as follows:

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| MUFG Union Bank<br>%Nathalia Hernandez Branch Sales and Service Manager<br>630 K Street<br>Sacramento, CA 95814 | David Barbearo IRS Officer 1000668509<br>% Alvardo Front Desk<br>Revenue Officer Internal Revenue Service<br>4330 Watt Avenue<br>Sacramento, CA 95821-7012<br><br>Efax: 855-216-0928 |
| United States of America<br>% Kimberly Seigfried Legal Assistant<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br><br>Fax: (916) 554-2900 | |

Executed on August 16, 2022 at Placerville, California.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.