DAVID A. HUBBERT
Deputy Assistant Attorney General

KHASHAYAR ATTARAN (FL, SBN 127091)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-257-8465 (cell)
202-307-0054 (fax)
Khashayar.Attaran@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh. Sharyl Kranig,<br><br>Plaintiffs,<br><br>v.<br><br>MUFG Union Bank N.A.,<br>UNITED STATES OF AMERICA,<br>et al.,<br><br>Defendants. | No. 2:22-mc-00248-KJM-KJN<br><br>**STIPULATION FOR DISMISSAL and ORDER THEREON** |

    Plaintiffs, Kobra Alizadeh, Abe Alizadeh, Parvaneh Alizadeh, Mitra Alizadeh, Azita Alizadeh and Sharyl Kranig, and Respondent, United States of America, by and through their undersigned counsel, hereby stipulate pursuant Fed. R. Civ. P. 41(a)(1) that this action may be dismissed, with each side to bear its own attorney's fees and costs.

    The summons issued to MUFG Union Bank N.A. has been withdrawn by the Internal Revenue Service. Therefore, this action is moot.

    To the extent any records were produced from the bank before the summons was withdrawn, the IRS will send the same back to the bank.

STIPULATION FOR DISMISSAL        1

STIPULATED AND AGREED TO BY:

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        */s/ Khashayar Attaran*
        **KHASHAYAR ATTARAN**
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Khashayar.Attaran@usdoj.gov
        *Attorneys for the United States*


        */s/ Paul A. Warner*
        **PAUL A. WARNER, ESQ.**
        1624 Santa Clara Drive (Suite 2200)
        Roseville, CA 95661

IT IS SO ORDERED this __th day of September 2022.

        _____
        Kendall J. Newman
        UNITED STATES MAGISTRATE JUDGE